# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LOTT JOHNSON | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:15CV00171 SWW |
| TOM VILSACK, Secretary, Department of Agriculture, ET AL., | * | |
| | * | |
| | * | |
| Defendants | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 1ST DAY OF DECEMBER, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE