IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| LOTT JOHNSON | * |
| PLAINTIFF | * |
| | * |
| V. | * |
| | * CASE NO. 4:15CV00171 SWW |
| SONY PERDUE, SECRETARY, | * |
| UNITED STATES DEPARTMENT OF | * |
| AGRICULTURE, ET AL. | * |
| DEFENDANTS | * |
| | * |
| | * |

## ORDER

The parties have filed a stipulation of dismissal [ECF No. 61], stating that they have settled and that this action should be dismissed with prejudice. IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 27th DAY OF AUGUST, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE